# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHI NAINI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware Corporation; and DOES 1 to 10, inclusive;<br><br>Defendant. | Case No. 2:18-cv-02876 MWF-E<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

Defendant Delta Air Lines, Inc. has moved, pursuant to Federal Rules of Civil Procedure 8 and 12, for an order dismissing Plaintiff Arthi Naini's Complaint in its entirety.

The Court has considered the Motion, all papers filed in support of and opposition to the Motion, the arguments of counsel, and those matters of which the Court may take judicial notice.

Good cause therefor appearing, it is hereby ORDERED:

1. Defendant's Motion is GRANTED in its entirety.

//

//

2. Plaintiff's Complaint is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: _____

                                                    THE HONORABLE
                                          MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE